The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

In re

CHANCE DANIELS,

        Plaintiff,

    v.

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,

        Defendant.

Case No. 3:17-cv-05317-RJB

AGREED ORDER DISMISSING CASE

This Order came on for presentation by agreement of the parties, through their undersigned counsel. The Court, having reviewed the files and records herein, including Defendant's Statement Regarding Status of Case Settlement previously filed as Docket #48 (the "Status Statement"), and being further duly advised by counsel as represented herein that the consideration required to be tendered under the terms of the parties' Settlement Agreement (as referenced in the Status Statement) has been duly delivered,

ORDERS as follows:

1.) The above captioned case is hereby dismissed with prejudice, effective upon entry of this Order.

AGREED ORDER DISMISSING CASE - 1

Case No. 3:17-cv-05317-RJB     4848-5930-0457.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

2.) The parties shall bear their own costs and fees herein.

Entered this ____ day of June, 2018.

_____
Robert J. Bryan
United States District Judge

Presented by:

*/s/ Sharon D. Cousineau*
Sharon D. Cousineau, WSBA No. 30061
Samwel Cousineau PC
700 West Evergreen Blvd.
Vancouver, WA 98660
Attorneys for Plaintiff

*/s/ Mark D. Northrup*
Mark D. Northrup, WSBA No. 16947
Miller Nash Graham & Dunn LLP
2801 Alaskan Way, Suite 300
Seattle, Washington 98121-1128
Attorneys for Defendant

AGREED ORDER DISMISSING CASE - 2

Case No. 3:17-cv-05317-RJB       4848-5930-0457.1

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121